LENA LUFTIG et al., Appellants, *v.* TRAVELERS INSURANCE COMPANY, Respondent. (Actions Nos. 1 and 2.)

Argued November 28, 1938; decided January 3, 1939.

*Jay Leo Rothschild* and *Hyman D. Lehrich* for appellants.
*Bernard J. McGlinn, Louis P. Galli, William J. Moran* and *William B. Crowell* for respondent.

In each action: judgment affirmed, with costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN and FINCH, JJ. Dissenting: RIPPEY, J. Taking no part: HUBBS, J.